FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 APR 23 PM 1:48

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HOANG T. LE | CIVIL ACTION |
| VERSUS | NO:  07-03806 |
| ATRIUM AT LAFRENIERE, LLC d/b/a MILLENNIUM MANAGEMENT, ET AL. | SECTION: "F" (4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the **Motion to Dismiss (R. Doc. 4)** of the Defendant, Atrium at Lafreniere, LLC d/b/a Millennium Management ("Atrium") is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS THEREFORE ORDERED** that Atrium's **Motion to Dismiss (R. Doc. 4)** is **DENIED** as to the claims for sexual harassment under Title 42 U.S.C. § 2000e, *et seq*. ("Title VII") made by the Plaintiff, Hoang T. Le ("Le").

**IT IS FURTHER ORDERED** that Atrium's **Motion to Dismiss (R. Doc. 4)** is **GRANTED**

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

in that Le's claims under 42 U.S.C. § 1981 and 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6).

**IT IS FURTHER ORDERED** that Le's claims against the individual defendants, Clem Roux, Dan Brown, and Connie Kurtz are **DISMISSED WITH PREJUDICE** for failure to serve in accordance with Fed. R. Civ. P. 4(m) and for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6). Le has failed to show cause in response to the Court's **Rule to Show Cause (R. Doc. 26)** Order.

**IT IS FURTHER ORDERED** that all claims not specifically dismissed shall proceed forward against Atrium, the remaining Defendant in this matter. Therefore, Le's Title VII claims remain.

New Orleans, Louisiana, this 22nd day of ~~March~~ April 2008

_____
UNITED STATES DISTRICT JUDGE

2